**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | ) |
|     MICHAEL A. BILELLO, | ) |
| | ) |
| | ) |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, | ) |
| not in its individual capacity, but solely as Trustee for | ) |
| Primestar-H Fund I Trust, as successor in interest to | ) |
| BMO HARRIS BANK, N.A., as successor in interest | ) |
| to Harris N.A., | ) |
| | ) |
|     Creditor, | )   Case Number: 10-51330 |
|       v. | )   Judge Donald R. Cassling |
| | )   Chapter 13 |
| | ) |
| MICHAEL A. BILELLO, | ) |
|     Debtor. | ) |

**RESPONSE BY SECURED CREDITOR, WILMINGTON SAVINGS FUND SOCIETY, FSB'S, AS SUCCESSOR IN INTEREST TO BMO HARRIS BANK N.A., TO THE NOTICE OF FINAL PAYMENT**

NOW COMES the Secured Creditor, WILMINGTON SAVINGS FUND SOCIETY, FSB, not in its individual capacity, but solely as Trustee for Primestar-H Fund I Trust, as successor in interest to BMO HARRIS BANK, N.A., as successor in interest to Harris N.A. (hereinafter "Creditor"), by and through its counsel Gabriella R. Comstock, of Keough and Moody, who states the following as its Response to the Notice of Payment of Final Mortgage Cure Under Rule 3002.1(f):

1. Creditor and Debtor agreed to the terms of this Court's Order of April 10, 2015. Attached hereto as Exhibit A is a true and accurate copy of the Order.

2. Pursuant to the terms of the Order, the Debtor was to continue to make timely post-petition mortgage payments. *See* Paragraph 1 of Exhibit A.

3. The month post-petition mortgage payment due to Creditor, was $2,625.58. Attached hereto

as Exhibit B is a statement.

4. Therefore, Debtor's post petition mortgage payments from April, 2015 through March, 2015 should have totaled $31,506.96.

5. Debtor only tendered payment in the amount of $17,167.40 to Creditor. Attached hereto as Exhibit C is a summary of the Loan History.

6. Hence, Debtor has failed to pay Creditor $14,339.56 for the post-petition mortgage payments.

7. Debtor was also required to pay Creditor $13,253.92, in monthly payments pursuant to Paragraph 2 of the Agreed Order, to satisfy the arrearage amount. *See* Exhibit A.

8. Debtor only tendered payment in the amount of $2,00.00 for the arrearage. *See* Exhibit C.

9. Hence, Debtor has failed to pay Creditor $11,253.92 for the amounts claimed due and owing for the arrearage. *See* Exhibit C.

10. For these reasons, Creditor disputes that the Debtor has paid in full the amount due and owing to it.

Respectfully submitted,
WILMINGTON SAVINGS FUND SOCIETY, FSB,
not in its individual capacity, but solely as Trustee for
Primestar-H Fund I Trust, as successor in interest to
BMO HARRIS BANK, N.A., as successor in interest
to Harris N.A.,

BY: _____
         One of its Attorneys

GABRIELLA R. COMSTOCK
KEOUGH AND MOODY, P.C.
Attorney Number 06236880
Attorney for Creditor
1250 East Diehl Road, Suite 405
Naperville, IL 60563
(630) 369-2700
grc@kmlegal.com
S:\data\client\Prime Asset Fund\Bilello\bankruptcy\statement-paymentfull.wpd

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Michael A. Bilello<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   10-51330<br><br>Chapter: 13<br>Honorable Donald R. Cassling<br><br>Kane |

## AGREED ORDER

This matter comes before the Court on Wilmington Savings Fund Society, FSB, as Trustee for Primestar -H Fund I Trust, as successor mortgagee to BMO Harris Bank, N.A., as successor in interest to Harris N.A., a secured creditor, Motion for Relief from Stay, the Court being fully advised,

IT IS HEREBY ORDERED:

1. That Debtor shall make timely post-petition mortgage payments directly to the Creditor beginning with the month of April, 2015 and continuing each month thereafter. Payments shall be considered timely if they are received in the office of the Creditor on or before the fifteenth (15th) day of the month for which they are due. However, Debtor shall have until April 30, 2015, to tender the post-petition mortgage payments due and owing for March and April, 2015.

2. That the arrearage due and owing to Creditor is $13,253.92 (hereinafter "arrearage"). Debtor agrees to pay Creditor $500.00 a month, beginning April 30, 2015, and continuing through November 15, 2015, to be applied towards this arrearage. Beginning December 15, 2015 through July 15, 2016, Debtor will pay Creditor $1,000.00 a month to be applied towards this arrearage. A payment of $1,253.92 will be due and owing to Creditor on or before August 15, 2016, to be applied towards the arrearage.

3. That if Creditor fails to receive two payments due and owing per the terms of paragraphs 1 or 2 above, the stay shall be automatically modified as to the Creditor, its principals, agents, successors and/ or assigns as to the property commonly known as 2972 Adamson Drive, Geneva, Illinois, fourteen (14) calendar days after notification to the Debtor and his attorney unless during that period the Debtor shall tender certified funds to cure any and all defaults under the terms of this Order.

4. In the event that the Creditor should have to send out any Notices of Default, the Debtor shall have to pay an extra $100.00 Creditor per notice as additional attorney's fees, in addition to the amount of the funds needed to cure the default.

5. That if Debtor defaults under the terms of paragraph 1 or 2 above, after the completion or dismissal of this bankruptcy, Creditor shall be allowed to pursue any and all legal remedies available to it per the terms of the underlying mortgage and note.



Rev: 20130104_bko

Enter:

Dated: **10 APR 2015**

*Donald R. Cassling*
United States Bankruptcy Judge

**Prepared by:**
Gabriella R. Comstock
Keough & Moody, P.C.
Attorney No. 6236880
1250 E. Diehl Road, Suite 405
Naperville, IL 60563
(630)369-2700

Statebridge Company, LLC
5680 Greenwood Plaza Blvd
Suite 100 S
Greenwood Village, CO_80111
Customer Service: (866) 466-3360
info@statebridgecompany.com
NMLSRID: 132893

**Subsequent Interest Rate Adjustment Notice**
January 26, 2016

MICHAEL A BILELLO
2972 ADAMSON DR
GENEVA, IL 60134

Loan Number: 0000017753

### Changes to Your Mortgage Interest Rate and Payments on March 1, 2016

Under the terms of your Adjustable-Rate Mortgage (ARM), you had a one-year period during which your interest rate stayed the same. That period ends on March 1, 2016, so on that date your interest rate and mortgage payment change. After that, your interest rate may change annually for the rest of your loan term.

|  | Current Rate and Monthly Payment | New Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 3.375% | 3.875% |
| Total Monthly Payment | $2,625.58 | $2,701.82 (due April 1, 2016) |

**IMPORTANT:** We are a debt collector and may be attempting to collect a debt. Any information obtained may be used for that purpose. If you are in active bankruptcy or have received a bankruptcy discharge, this statement is for informational purposes only, and is not a demand for payment.

**Interest Rate:** We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin." Under your loan agreement, your index rate is the 12-Mo WSJ LIBOR (d) and your margin is 2.75%. The 12-Mo WSJ LIBOR (d) index is published daily in The Wall Street Journal (print edition). The index rate plus margin will be rounded to the nearest 0.125%.

**Rate Limits:** Your rate cannot go higher than 12.00%, or lower than 2.75% over the life of the loan. Your rate can increase annually by no more than 2.00%. Your rate can decrease annually by no more than 2.00%.

**New Interest Rate and Monthly Payment:** The table above shows your new interest rate and new monthly payment. These amounts are based on the 12-Mo WSJ LIBOR (d) index, your margin, your loan balance of $300,067.32, and your remaining loan term of 217 months.

**Prepayment Penalty:** None


EXHIBIT B

Loanhist.rpt  
03/11/2016 11:06:44AM

## Statebridge Company, LLC
## Loan History Summary

Page #1

**Loan ID**: 0000017753  
**Borrower Name**: MICHAEL A BILELLO

| Trans Date Eff Date | Due Date | Trans Desc | Rev Code | Flag | Trans Amount | Principal Balance | Interest Amount | Escrow Amount | Escrow Balance | Late Charge Amount | Balance | Assist Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/10/16 | 02/01/15 | Imaging Disb | 0 | 0 | (0.55) | 313,054.00 | | | (7,159.47) | | 1,040.21 | |
| | | Payee: SECURITY CONNECTIONS, INC  Batch ID: 13389 | | | | | | | | | | |
| | | Invoice Number: IN00024872 | | | | | | | | | | |
| 03/10/16 | 02/01/15 | Unapplied Payment | 0 | 0 | (65.21) | 313,054.00 | | | (7,159.47) | | 1,040.21 | |
| 03/07/16 | | Check # 1818 | | | | | | | | | | |
| 03/10/16 | 01/01/15 | Regular Payment | 0 | 0 | 1,721.95 | 313,054.00 | 945.68 | 776.27 | (7,159.47) | | 1,040.21 | |
| 03/07/16 | | Check # 1818 | | | | | | | | | | |
| 03/10/16 | 01/01/15 | Miscellaneous (Inv.) Dis | 0 | 0 | (71.48) | 313,054.00 | | | (7,935.74) | | 1,040.21 | |
| | | Payee: ASSURANT  Batch ID: 12935 | | | | | | | | | | |
| | | Invoice Number: HOA 02292016 | | | | | | | | | | |
| 02/29/16 | 01/01/15 | Imaging Disb | 0 | 0 | (0.53) | 313,054.00 | | | (7,935.74) | | 1,040.21 | |
| | | Payee: SECURITY CONNECTIONS, INC  Batch ID: 12735 | | | | | | | | | | |
| | | Invoice Number: IN00024598 | | | | | | | | | | |
| 02/24/16 | 01/01/15 | Imaging Disb | 0 | 0 | (0.53) | 313,054.00 | | | (7,935.74) | | 1,040.21 | |
| | | Payee: AlphaGraphics  Batch ID: 12432 | | | | | | | | | | |
| | | Invoice Number: PRIVACY NOTICE | | | | | | | | | | |
| 02/16/16 | 01/01/15 | Miscellaneous (Inv.) Dis | 0 | 0 | (2.69) | 313,054.00 | | | (7,935.74) | | 1,040.21 | |
| | | Payee: LEXISNEXIS RISK SOLUTIONS BUREAU  Batch ID: 12420 | | | | | | | | | | |
| | | Invoice Number: 118352-20160131 | | | | | | | | | | |
| 02/16/16 | 01/01/15 | Miscellaneous (Inv.) Dis | 0 | 0 | (1,121.95) | 313,054.00 | | | (7,935.74) | | 1,040.21 | |
| 02/03/16 | 01/01/15 | Unapplied Payment | 0 | 0 | 1,721.95 | 313,054.00 | 945.68 | 776.27 | (8,712.01) | | 1,040.21 | |
| 02/02/16 | | Check # 1812 | | | | | | | | | | |
| 02/03/16 | 12/01/14 | Regular Payment | 0 | 0 | 1,721.95 | 313,054.00 | 945.68 | 776.27 | (8,712.01) | | 1,040.21 | |
| 02/02/16 | | Check # 1812 | | | | | | | | | | |
| 01/29/16 | 12/01/14 | Imaging Disb | 0 | 0 | (0.47) | 313,054.00 | | | (8,712.01) | | 1,040.21 | |
| | | Payee: SECURITY CONNECTIONS, INC  Batch ID: 11780 | | | | | | | | | | |
| | | Invoice Number: IN00024400 | | | | | | | | | | |
| 01/14/16 | 12/01/14 | Stipulation Unapplied P | 0 | 0 | (1,721.95) | 313,054.00 | | | (8,712.01) | | 1,040.21 | |
| 01/14/16 | 11/01/14 | Regular Payment | 0 | 0 | 1,721.95 | 313,054.00 | | | (8,712.01) | | 1,040.21 | |

EXHIBIT C

Loanhist.rpt
03/11/2016  11:06:44AM

**Statebridge Company, LLC**
**Loan History Summary**

Page #2

| Loan ID | Borrower Name | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0000017753 | MICHAEL A BILELLO | | | | | | | | | |

| Trans Date Eff Date | Due Date | Trans Desc | Rev Code | Flag | Trans Amount | Principal Balance | Interest Amount | Amount | Escrow Balance | Late Charge Amount | Balance | Assist Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/11/16 01/01/16 | 11/01/14 | REO Expenses Disb Payee: SAFEGUARD PROPERTIES MANAGEMENT, LLC  Batch ID: 11042 Invoice Number: 62253502 | 0 | 0 | (12.00) | 313,054.00 | | | (9,488.28) | | 1,040.21 | |
| 01/11/16 01/01/16 | 11/01/14 | REO Expenses Disb Payee: SAFEGUARD PROPERTIES MANAGEMENT, LLC  Batch ID: 11042 Invoice Number: 61782110 | 0 | 0 | (12.00) | 313,054.00 | | | (9,488.28) | | 1,040.21 | |
| 12/30/15 12/01/15 | 11/01/14 | Miscellaneous (Inv.) Dis Payee: LEXIS NEXIS  Batch ID: 10647 Invoice Number: 1538625-20151130 | 0 | 0 | (0.23) | 313,054.00 | | | (9,488.28) | | 1,040.21 | |
| 12/28/15 12/01/15 | 11/01/14 | Imaging Disb Payee: SECURITY CONNECTIONS, INC  Batch ID: 10604 Invoice Number: IN00024213 | 0 | 0 | (0.45) | 313,054.00 | | | (9,488.28) | | 1,040.21 | |
| 12/10/15 12/07/15 | 11/01/14 | Unapplied Payment Check # 1804 | 0 | 0 | 1,656.74 | 313,054.00 | | | (9,488.28) | | 1,040.21 | |
| 11/12/15 11/01/15 | 11/01/14 | Imaging Disb Payee: SECURITY CONNECTIONS, INC  Batch ID: 9174 Invoice Number: IN00024039 | 0 | 0 | (0.84) | 313,054.00 | | | (9,488.28) | | 1,040.21 | |
| 10/30/15 10/01/15 | 11/01/14 | Unapplied Payment Check # 1798 | 0 | 0 | (65.21) | 313,054.00 | | | (9,488.28) | | 1,040.21 | |
| 10/30/15 10/01/15 | 10/01/14 | Regular Payment Check # 1798 | 0 | 0 | 1,721.95 | 313,054.00 | 945.68 | 776.27 | (10,264.55) | | 1,040.21 | |
| 10/30/15 10/01/15 | 10/01/14 | Imaging Disb Payee: SECURITY CONNECTIONS, INC  Batch ID: 8664 Invoice Number: IN00023842 | 0 | 0 | (0.33) | 313,054.00 | | | (10,264.55) | | 1,040.21 | |
| 10/12/15 10/01/15 | 10/01/14 | Unapplied Payment Check # 1791 | 0 | 0 | (65.21) | 313,054.00 | | | (10,264.55) | | 1,040.21 | |
| 10/12/15 10/01/15 | 09/01/14 | Regular Payment Check # 1791 | 0 | 0 | 1,721.95 | 313,054.00 | 945.68 | 776.27 | (11,040.82) | | 1,040.21 | |
| 10/07/15 | 09/01/14 | NSF Fee Assessment Check # 1786 | 0 | 0 | 0.00 | 313,054.00 | | | | | | |

Loanhist.rpt                                                                                                    Page #3
03/11/2016  11:06:44AM

# Statebridge Company, LLC
## Loan History Summary

| Loan ID | Borrower Name |
|---|---|
| 0000017753 | MICHAEL A BILELLO |

| Trans Date Eff Date | Due Date | Trans Desc | Rev Code | Flag | Trans Amount | Principal Amount | Balance | Interest Amount | Amount | Escrow Balance | Late Charge Amount | Balance | Assist Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/07/15 | 09/01/14 | Regular Payment Check # 1786 | 6 | 0 | (1,721.95) | | 313,054.00 | (945.68) | (776.27) | (11,040.82) | | 1,040.21 | |
| 10/07/15 | 10/01/14 | Unapplied Payment | 7 | 0 | 65.21 | | 313,054.00 | | | (10,264.55) | | 1,040.21 | |
| 09/25/15 | 10/01/14 | Unapplied Payment Check # 1786 | 0 | 7 | (65.21) | | 313,054.00 | | | (10,264.55) | | 1,040.21 | |
| 09/25/15 | 09/01/14 | Regular Payment Check # 1786 | 0 | 6 | 1,721.95 | | 313,054.00 | 945.68 | 776.27 | (10,264.55) | | 1,040.21 | |
| 09/23/15 | 09/01/14 | Imaging Disb Payee: SECURITY CONNECTIONS, INC  Batch ID: 7330 Invoice Number: IN00023674B | 0 | 0 | (0.30) | | 313,054.00 | | | (11,040.82) | | 1,040.21 | |
| 08/14/15 | 09/01/14 | Inspections Disb Payee: SAFEGUARD PROPERTIES MANAGEMENT, LLC  Batch ID: 6029 Invoice Number: 59369484-0168231760 | 0 | 0 | (12.00) | | 313,054.00 | | | (11,040.82) | | 1,040.21 | |
| 08/11/15 | 09/01/14 | Tax Duplicate Bill Disb Payee: MARTIN-POWELL LLC  Batch ID: 6060 Invoice Number: 1436 | 0 | 0 | (0.24) | | 313,054.00 | | | (11,040.82) | | 1,040.21 | |
| 08/11/15 | 09/01/14 | Imaging Disb Payee: SECURITY CONNECTIONS, INC  Batch ID: 6018 Invoice Number: IN00023493 | 0 | 0 | (0.51) | | 313,054.00 | | | (11,040.82) | | 1,040.21 | |
| 08/06/15 | 09/01/14 | Unapplied Payment Check # 778/776 | 0 | 0 | (1,287.16) | | 313,054.00 | | | (11,040.82) | | 1,040.21 | |
| 08/06/15 | 08/01/14 | Regular Payment Check # 778/776 | 0 | 0 | 1,721.95 | | 313,054.00 | 945.68 | 776.27 | (11,040.82) | | 1,040.21 | |
| 08/06/15 | 07/01/14 | Regular Payment Check # 778/776 | 0 | 0 | 1,721.95 | | 313,054.00 | 945.68 | 776.27 | (11,817.09) | | 1,040.21 | |
| 07/31/15 | 07/01/14 | HOA Service Fee Asse | 0 | 0 | (10.27) | | 313,054.00 | | | (12,593.36) | | 1,040.21 | |
| 07/27/15 | 07/01/14 | Imaging Disb Payee: SECURITY CONNECTIONS, INC  Batch ID: 5581 Invoice Number: IN00023313 | 0 | 0 | (0.47) | | 313,054.00 | | | (12,593.36) | | 1,040.21 | |
| 07/22/15 | 07/01/14 | Tax Penalty (Inv.) Disb Payee: Kane  Batch ID: 5470 | 0 | 0 | (146.71) | | 313,054.00 | | | (12,593.36) | | 1,040.21 | |

Loanhist.rpt  
03/11/2016  11:06:44AM

# Statebridge Company, LLC
## Loan History Summary

Page #4

| Loan ID | Borrower Name | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00000017753 | MICHAEL A BILELLO | | | | | | | | | | |

| Trans Date Eff Date | Due Date | Trans Desc | Rev Code | Flag | Trans Amount | Principal Amount | Balance | Interest Amount | Escrow Balance | Late Charge Amount | Balance | Assist Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/22/15 | 06/04/15 | County Bill 1 | 0 | 0 | (4,890.41) | | 313,054.00 | (4,890.41) | (12,593.36) | | 1,040.21 | |
| | | Payee: Kane Batch ID: 5469 | | | | | | | | | | |
| 07/10/15 | 09/04/15 | County Bill 2 | 0 | 0 | (4,890.41) | | 313,054.00 | (4,890.41) | (7,702.95) | | 1,040.21 | |
| | | Payee: Kane Batch ID: 5158 | | | | | | | | | | |
| 07/10/15 | 07/01/14 | Inspections Disb | 0 | 0 | (12.00) | | 313,054.00 | | (2,812.54) | | 1,040.21 | |
| 07/03/15 | | Payee: SAFEGUARD PROPERTIES MANAGEMENT, LLC Batch ID: 4954 | | | | | | | | | | |
| | | Invoice Number: 59137474-0167898233 | | | | | | | | | | |
| 07/09/15 | 07/01/14 | Stipulation Unapplied P | 0 | 0 | 500.00 | | 313,054.00 | | (2,812.54) | | 1,040.21 | |
| 07/06/15 | | Check # 1768 | | | | | | | | | | |
| 06/29/15 | 07/01/14 | Stipulation Unapplied P | 0 | 0 | 500.00 | | 313,054.00 | | (2,812.54) | | 1,040.21 | |
| 06/25/15 | | Check # 1766 | | | | | | | | | | |
| 06/29/15 | 07/01/14 | Unapplied Payment | 0 | 0 | 1,156.74 | | 313,054.00 | | (2,812.54) | | 1,040.21 | |
| 06/25/15 | | Check # 1766 | | | | | | | | | | |
| 06/09/15 | 07/01/14 | Imaging Disb | 0 | 0 | (1.76) | | 313,054.00 | | (2,812.54) | | 1,040.21 | |
| 06/01/15 | | Payee: SECURITY CONNECTIONS, INC Batch ID: 4194 | | | | | | | | | | |
| | | Invoice Number: IN00023031 | | | | | | | | | | |
| 05/31/15 | 07/01/14 | HOA Service Fee Asse | 0 | 0 | (60.00) | | 313,054.00 | | (2,812.54) | | 1,040.21 | |
| 05/31/15 | 07/01/14 | HOA Service Fee Asse | 0 | 0 | (30.00) | | 313,054.00 | | (2,812.54) | | 1,040.21 | |
| 05/29/15 | 07/01/14 | Unapplied Payment | 0 | 0 | (65.21) | | 313,054.00 | | (2,812.54) | | 1,040.21 | |
| 05/27/15 | | Check # 1756 | | | | | | | | | | |
| 05/29/15 | 06/01/14 | Regular Payment | 0 | 0 | 1,721.95 | | 313,054.00 | 945.68 | (2,812.54) | 776.27 | 1,040.21 | |
| 05/27/15 | | Check # 1756 | | | | | | | | | | |
| 05/29/15 | 06/01/14 | Stipulation Unapplied P | 0 | 0 | 500.00 | | 313,054.00 | | (3,588.81) | | 1,040.21 | |
| 05/27/15 | | Check # 1758 | | | | | | | | | | |
| 05/29/15 | 06/01/14 | Inspections Disb | 0 | 0 | (12.00) | | 313,054.00 | | (3,588.81) | | 1,040.21 | |
| 05/28/15 | | Payee: FIELD ASSET SERVICES, INC Batch ID: 3881 | | | | | | | | | | |
| | | Invoice Number: IN4513651 | | | | | | | | | | |
| 05/15/15 | 06/01/14 | BK Attorney Fee Disb | 0 | 0 | (790.30) | | 313,054.00 | | (3,588.81) | | 1,040.21 | |
| 05/14/15 | | Payee: Keough & Moody PC Batch ID: 3529 | | | | | | | | | | |
| | | Invoice Number: 141565 | | | | | | | | | | |

Loanhist.rpt  
03/11/2016  11:06:44AM

**Statebridge Company, LLC**  
**Loan History Summary**

Page #5

| Loan ID | Borrower Name |
|---|---|
| 0000017753 | MICHAEL A BILELLO |

| Trans Date Eff Date | Due Date | Trans Desc | Rev Code | Flag | Trans Amount | Principal Balance | Interest Amount | Escrow Amount | Escrow Balance | Late Charge Amount | Balance | Assist Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/08/15 05/04/15 | 06/01/14 | Stipulation Unapplied P Check # 1751 | 0 | 0 | 500.00 | 313,054.00 | | | (3,588.81) | | 1,040.21 | |
| 05/08/15 05/04/15 | 06/01/14 | Unapplied Payment Check # 17501749 | 0 | 0 | (130.42) | 313,054.00 | | | (3,588.81) | | 1,040.21 | |
| 05/08/15 05/04/15 | 05/01/14 | Regular Payment Check # 17501749 | 0 | 0 | 1,721.95 | 313,054.00 | 945.68 | 776.27 | (3,588.81) | | 1,040.21 | |
| 05/08/15 05/04/15 | 04/01/14 | Regular Payment Check # 17501749 | 0 | 0 | 1,721.95 | 313,054.00 | 945.68 | 776.27 | (4,365.08) | | 1,040.21 | |
| 05/07/15 05/01/15 | 04/01/14 | Imaging Disb Payee: SECURITY CONNECTIONS, INC  Batch ID: 3372 Invoice Number: IN00022964 | 0 | 0 | (0.51) | 313,054.00 | | | (5,141.35) | | 1,040.21 | |
| 04/30/15 04/30/15 | 04/01/14 | HOA Service Fee Asse | 0 | 0 | (25.00) | 313,054.00 | | | (5,141.35) | | 1,040.21 | |
| 04/30/15 04/30/15 | 04/01/14 | Inspections Disb Payee: FIELD ASSET SERVICES, INC  Batch ID: 3177 Invoice Number: IN4349130 | 0 | 0 | (12.00) | 313,054.00 | | | (5,141.35) | | 1,040.21 | |
| 04/30/15 04/28/15 | 04/01/14 | Inspections Disb Payee: FIELD ASSET SERVICES, INC  Batch ID: 3100 Invoice Number: 13986810 | 0 | 0 | (12.00) | 313,054.00 | | | (5,141.35) | | 1,040.21 | |
| 04/23/15 03/31/15 | 04/01/14 | Imaging Disb Payee: SECURITY CONNECTIONS, INC  Batch ID: 2982 Invoice Number: IN00022790 | 0 | 0 | (1.30) | 313,054.00 | | | (5,141.35) | | 1,040.21 | |
| 04/23/15 03/01/15 | 04/01/14 | Imaging Disb Payee: SECURITY CONNECTIONS, INC  Batch ID: 2980 Invoice Number: IN00022621 | 0 | 0 | (0.59) | 313,054.00 | | | (5,141.35) | | 1,040.21 | |
| 04/09/15 | 04/20/15 | Hazard Insurance Disb Payee: NATIONWIDE  Batch ID: 2675 | 0 | 0 | (1,550.00) | | | (1,550.00) | (5,141.35) | | 1,040.21 | |
| 04/02/15 | 04/01/14 | Inspections Disb Payee: FIELD ASSET SERVICES, INC  Batch ID: 2526 Invoice Number: IN4146920 | 0 | 0 | (12.00) | 313,054.00 | | | (3,591.35) | | 1,040.21 | |

Loanhist.rpt
03/11/2016   11:06:44AM

**Statebridge Company, LLC**
**Loan History Summary**

Page #6

| Loan ID | Borrower Name | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0000017753 | MICHAEL A BILELLO | | | | | | | | | |

| Trans Date Eff Date | Due Date | Trans Desc | Rev Code | Flag | Trans Amount | Principal Balance | Interest Amount | Amount | Escrow Balance | Late Charge Amount | Assist Balance Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/04/15 | 04/01/14 | BK Attorney Fee Disb | 0 | 0 | (763.45) | 313,054.00 | | | (3,591.35) | 1,040.21 | |
| | | Payee: Keough & Moody PC  Batch ID: 1821 | | | | | | | | | |
| | | Invoice Number: 137891 | | | | | | | | | |
| 03/04/15 | 04/01/14 | BK Attorney Cost Disb | 0 | 0 | (176.00) | 313,054.00 | | | (3,591.35) | 1,040.21 | |
| | | Payee: Keough & Moody PC  Batch ID: 1821 | | | | | | | | | |
| | | Invoice Number: 137891 | | | | | | | | | |
| 03/03/15 02/01/15 | 04/01/14 | Imaging Disb | 0 | 0 | (0.50) | 313,054.00 | | | (3,591.35) | 1,040.21 | |
| | | Payee: SECURITY CONNECTIONS, INC  Batch ID: 1786 | | | | | | | | | |
| | | Invoice Number: IN00022461 | | | | | | | | | |
| 02/27/15 02/07/15 | 04/01/14 | Inspections Disb | 0 | 0 | (12.00) | 313,054.00 | | | (3,591.35) | 1,040.21 | |
| | | Payee: FIELD ASSET SERVICES, INC  Batch ID: 1319 | | | | | | | | | |
| | | Invoice Number: I3850748 | | | | | | | | | |
| 02/24/15 | 04/01/14 | Tax Penalty (Tax Pr) Pr | 0 | 0 | 153.76 | 313,054.00 | | | (3,591.35) | 1,040.21 | |
| | | Check # V109737 | | | | | | | | | |
| 02/24/15 | 04/01/14 | Tax Refund Report | 0 | 0 | 1,200.81 | 313,054.00 | | 1,200.81 | (3,591.35) | 1,040.21 | |
| | | Check # V109738 | | | | | | | | | |
| 02/24/15 | 04/01/14 | Tax Refund Report | 0 | 0 | 3,591.35 | 313,054.00 | | 3,591.35 | (4,792.16) | 1,040.21 | |
| | | Check # V107738 | | | | | | | | | |
| 01/26/15 01/01/15 | 04/01/14 | Imaging Disb | 0 | 0 | (0.41) | 313,054.00 | | | (8,383.51) | 1,040.21 | |
| | | Payee: SECURITY CONNECTIONS, INC  Batch ID: 929 | | | | | | | | | |
| | | Invoice Number: IN00022309 | | | | | | | | | |
| 01/23/15 01/01/15 | 04/01/14 | Imaging Disb | 0 | 0 | (0.62) | 313,054.00 | | | (8,383.51) | 1,040.21 | |
| | | Payee: SECURITY CONNECTIONS, INC  Batch ID: 881 | | | | | | | | | |
| | | Invoice Number: IN00022170 | | | | | | | | | |
| 01/20/15 01/01/15 | 04/01/14 | Imaging Disb | 0 | 0 | (0.66) | 313,054.00 | | | (8,383.51) | 1,040.21 | |
| | | Payee: SECURITY CONNECTIONS, INC  Batch ID: 778 | | | | | | | | | |
| | | Invoice Number: IN00022020 | | | | | | | | | |
| 01/19/15 01/01/15 | 04/01/14 | Imaging Disb | 0 | 0 | (0.46) | 313,054.00 | | | (8,383.51) | 1,040.21 | |
| | | Payee: SECURITY CONNECTIONS, INC  Batch ID: 783 | | | | | | | | | |
| | | Invoice Number: IN00021875 | | | | | | | | | |

Loanhist.rpt
03/11/2016   11:06:44AM

**Statebridge Company, LLC**
**Loan History Summary**

Page #7

| Loan ID | Borrower Name |
|---|---|
| 0000017753 | MICHAEL A BILELLO |

| Trans Date Eff Date | Due Date | Trans Desc | Rev Code | Flag | Trans Amount | Principal Balance | Interest Amount | Escrow Amount | Escrow Balance | Late Charge Amount | Late Charge Balance | Assist Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/07/15 | 04/01/14 | Inspections Disb | 0 | 0 | (12.00) | 313,054.00 | | | (8,383.51) | | 1,040.21 | |
| | | Payee: FIELD ASSET SERVICES, INC  Batch ID: 520 | | | | | | | | | | |
| | | Invoice Number: I3646521 | | | | | | | | | | |
| 12/02/14 | 04/01/14 | Inspections Disb | 0 | 0 | (12.00) | 313,054.00 | | | (8,383.51) | | 1,040.21 | |
| | | Payee: FIELD ASSET SERVICES, INC  Batch ID: 32538 | | | | | | | | | | |
| | | Invoice Number: I3463714 | | | | | | | | | | |
| 11/18/14 | 04/01/14 | Certified Check Disb | 0 | 0 | (7.00) | 313,054.00 | | | (8,383.51) | | 1,040.21 | |
| | | Payee: US Bank  Batch ID: 32199 | | | | | | | | | | |
| 11/18/14 | 04/01/14 | Tax Penalty (Inv.) Disb | 0 | 0 | (315.76) | 313,054.00 | | | (8,383.51) | | 1,040.21 | |
| | | Payee: KANE COUNTY CLERK  Batch ID: 32199 | | | | | | | | | | |
| 11/18/14 | 09/01/14 | County Bill 1 | 0 | 0 | (4,792.16) | 313,054.00 | | (4,792.16) | (8,383.51) | | 1,040.21 | |
| | | Payee: KANE COUNTY CLERK  Batch ID: 32198 | | | | | | | | | | |
| 11/07/14 | 04/01/14 | Inspections Disb | 0 | 0 | (11.45) | 313,054.00 | | | (3,591.35) | | 1,040.21 | |
| | | Payee: FIELD ASSET SERVICES, INC  Batch ID: 31983 | | | | | | | | | | |
| | | Invoice Number: I3304106 | | | | | | | | | | |
| 11/07/14 | 04/01/14 | BK Attorney Fee Disb | 0 | 0 | (44.17) | 313,054.00 | | | (3,591.35) | | 1,040.21 | |
| | | Payee: Keough & Moody PC  Batch ID: 31983 | | | | | | | | | | |
| | | Invoice Number: 126963 | | | | | | | | | | |
| 11/07/14 | 04/01/14 | BK Attorney Fee Disb | 0 | 0 | (142.50) | 313,054.00 | | | (3,591.35) | | 1,040.21 | |
| | | Payee: Keough & Moody PC  Batch ID: 31983 | | | | | | | | | | |
| | | Invoice Number: 126963 | | | | | | | | | | |
| 11/07/14 | 04/01/14 | BK Attorney Fee Disb | 0 | 0 | (132.50) | 313,054.00 | | | (3,591.35) | | 1,040.21 | |
| | | Payee: Keough & Moody PC  Batch ID: 31983 | | | | | | | | | | |
| | | Invoice Number: 126963 | | | | | | | | | | |
| 11/07/14 | 04/01/14 | BK Attorney Fee Disb | 0 | 0 | (71.25) | 313,054.00 | | | (3,591.35) | | 1,040.21 | |
| | | Payee: Keough & Moody PC  Batch ID: 31983 | | | | | | | | | | |
| | | Invoice Number: 126963 | | | | | | | | | | |
| 11/07/14 | 04/01/14 | BK Attorney Fee Disb | 0 | 0 | (71.25) | 313,054.00 | | | (3,591.35) | | 1,040.21 | |
| | | Payee: Keough & Moody PC  Batch ID: 31983 | | | | | | | | | | |
| | | Invoice Number: 126963 | | | | | | | | | | |
| 10/31/14 | 04/01/14 | Late Charge Waive | 0 | 0 | 47.28 | 313,054.00 | | | (3,591.35) | 47.28 | 1,040.21 | |

Loanhist.rpt
03/11/2016   11:06:44AM

Page #8

## Statebridge Company, LLC
## Loan History Summary

| Loan ID | Borrower Name |
|---|---|
| 00000017753 | MICHAEL A BILELLO |

| Trans Date / Eff Date | Due Date | Trans Desc | Rev Code | Flag | Trans Amount | Principal Amount | Principal Balance | Interest Amount | Escrow Amount | Escrow Balance | Late Charge Amount | Late Charge Balance | Assist Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/20/14 10/15/14 | 04/01/14 | Tax Penalty (Tax Pr) Di | 0 | 0 | (153.76) | | 313,054.00 | | | (3,591.35) | | 1,087.49 | |
| | | Payee: KANE COUNTY CLERK  Batch ID: 31450 | | | | | | | | | | | |
| 10/20/14 | 09/01/13 | County Bill 1 | 0 | 0 | (4,792.16) | | 313,054.00 | (4,792.16) | | (3,591.35) | | 1,087.49 | |
| | | Payee: KANE COUNTY CLERK  Batch ID: 31448 | | | | | | | | | | | |
| 10/20/14 | 04/01/14 | Late Charge Waive | 0 | 0 | 94.56 | | 313,054.00 | | | 1,200.81 | 94.56 | 1,087.49 | |
| 10/10/14 | 04/01/14 | Inspections Disb | 0 | 0 | (11.45) | | 313,054.00 | | | 1,200.81 | | 1,182.05 | |
| | | Invoice Number: I3176688 Payee: FIELD ASSET SERVICES, INC  Batch ID: 31334 | | | | | | | | | | | |
| 09/16/14 | 09/01/14 | Late Charge Assess | 0 | 0 | (47.28) | | 313,054.00 | | | 1,200.81 | (47.28) | 1,134.77 | |
| 09/15/14 08/31/14 | 04/01/14 | Imaging Disb | 0 | 0 | (0.40) | | 313,054.00 | | | 1,200.81 | | 1,134.77 | |
| | | Payee: SECURITY CONNECTIONS, INC  Batch ID: 30720 | | | | | | | | | | | |
| 09/09/14 08/31/14 | 04/01/14 | Miscellaneous (Inv.) Di | 0 | 0 | (3.50) | | 313,054.00 | | | 1,200.81 | | 1,134.77 | |
| | | Invoice Number: 118352-20140831 Payee: LEXISNEXIS RISK SOLUTIONS BUREAU  Batch ID: 30562 | | | | | | | | | | | |
| 09/05/14 | 04/01/14 | Prior Serv. Misc Assess | 0 | 0 | (471.45) | | 313,054.00 | | | 1,200.81 | | 1,134.77 | |
| 08/28/14 07/31/14 | 04/01/14 | Imaging Disb | 0 | 0 | (35.80) | | 313,054.00 | | | 1,200.81 | | 1,134.77 | |
| | | Invoice Number: 21587 Payee: SECURITY CONNECTIONS, INC  Batch ID: 30199 | | | | | | | | | | | |
| 08/25/14 08/16/14 | 08/01/14 | Late Charge Assess | 0 | 0 | (47.28) | | 313,054.00 | | | 1,200.81 | (47.28) | 1,134.77 | |
| 08/19/14 | 04/01/14 | New Loan | 0 | 0 | 0.00 | | 313,054.00 | | | 1,200.81 | | 1,087.49 | |
| | | | | | $0.00 | | | $9,456.80 | ($8,360.28) | | $0.00 | | $0.00 |